

# Violation Warning
## Denial of Rights Under Color of Law
## Violation of Liberties

**Violation Warning--18 U.S.C. 241; 18 U.S.C. 242; 18 U.S.C. 245**

| **Corpus Delecti and Mailing Location:** | **Name of Public Servant Recipient and Address:** |
|---|---|
| felicia deja'ne' bey, Authorized Representative | United States District Court |
| Moorish American Consulate of the Moorish American Freedom Republic | District of Maryland, Felicia C Cannon, Clerk of Court |
| c/o 425 croydon road | 101 West Lombard Street #4415 |
| (near) baltimore maryland territory [21212] | Baltimore Maryland 21201 |

**Statement Of Fact** (May have attachment):
Letter of Intent To Sue, 42US1983

I certify that the foregoing information stated here is true and correct to the best of my ability and entered in honour. *Autograph:* felicia deja'ne' bey          Date: 8-28-20

## Lawful / Legal Notice and Warning

**Federal Law provides** that it is a crime to violate the Rights of the people under the Color-Of-Law. You can be held personally liable for violating the Personal Liberties of the People, and for committing 'Fraud'.

**Attempting to cause a person** to do something by telling that person that such action is required by law, when it is <u>not required by law</u>, is not only Fraud, it is a felony and is Treason. Law being the American Constitution, pursuant to Article VI, as well the USC Codes, which are in harmony with the American Constitution of 1791:

### Title 18, Part 1, Chapter 13 §241, §242, and §245 of United States Codes of Law:

**18 USC §241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or.

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggrivated sexual abuse or an attempt to commit aggrivated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §242:** Whoever, under `color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

**18 USC §245:** provides that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying (the estate, identified as) any benefit, service, privilege, program, facility or activity, provided or administered by (a person / agent / Officer / Public Servant, operating through an agency, corporation, or association of) the United States; [or] applying for or enjoying employment or any prerequisite thereof, by any agency of the united states; shall be fined under this title, or imprisoned not more than one year, or both.

**WARNING:** You are in violation of Federal Law. Persisting with violating my Liberties with unconstitutional demands will lead to your personal liability, as well as the company, agency and/ or association, you are operating through.

**You are advised** to cease and desist your untoward actions and demands, which are in violation of the People's Personal Liberties. You are also advised to seek personal lawful counsel if you do not understand the law, so that you may **govern yourself accordingly.**

**Notice of Service:**

I, felicia deja'ne' bey, certify that I personally delivered this Notice to above named Recipient and address on _____ _____ p.m./a.m.

I, felicia deja'ne' bey, certify this Notice has been delivered to the above named recipient via Certified mail Delivery #: 7018 3090 0000 8184 on 2-34

SEND TO: Eric Holder, United States Attorney General, United States Justice Department
950 Pennsylvania Avenue NW, Washington, D.C. 20530 • **email**: askdoj@udoj.gov • **Fax:** 202 307-6777

## DUTIES OF THE CLERK TO FILE

"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked." Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).

U.S. Code › Title 18 › Part I › Chapter 101 › § 2071
18 U.S. Code § 2071 - Concealment, removal, or mutilation generally
(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. (June 25, 1948, ch. 645, 62 Stat. 795; Pub. L. 101–510, div. A, title V, § 552(a), Nov. 5, 1990, 104 Stat. 1566; Pub. L. 103–322, title XXXIII, § 330016(1)(I), Sept. 13, 1994, 108 Stat. 2147.).

All clerks under penalty of 18 USC §2076, law of the land, are to file and are not to refuse or neglect to make or forward any report, certificate, statement, or document from the common law grand jury and all judges are to act upon them as required by law.

U.S. Code › Title 18 › Part I › Chapter 101 › § 2076
18 U.S. Code § 2076 - Clerk of United States District Court
Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (June 25, 1948, ch. 645, 62 Stat. 796; Pub. L. 104–294, title VI, § 601(a)(11), Oct. 11, 1996, 110 Stat. 3498.).

18 U.S. Code § 4 - Misprision of felony:
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of

(a) Statement of equal rights

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) "Make and enforce contracts" defined

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

(c) Protection against impairment

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

(R.S. § 1977; Pub. L. 102–166, title I, § 101, Nov. 21, 1991, 105 Stat. 1071.).


The right of any person or private citizen to request to appear before the grand jury in common law:

US CONSTITUTION - AMENDMENT VII JURY TRIAL IN CIVIL LAWSUITS Passed by Congress September 25, 1789. Ratified December 15, 1791. In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

DUTY OF THE "COMMON LAW" GRAND JURY - If anyone's unalienable rights have been violated, or removed, without a legal sentence of their peers, from their lands, home, liberties or lawful right, we [the twenty-five] shall straightway restore them. And if a dispute shall arise concerning this matter it shall be settled according to the judgment of the twenty-five Grand Jurors, the sureties of the peace. MAGNA CARTA, JUNE 15, A.D. 1215, 52.

A citizen's right to ask a federal grand jury for permission to appear before it is now expressly protected by statute. 18 U.S.C.A. §1504, which prohibits attempts to improperly influence a grand juror by written communication regarding pending matters, also provides that "nothing in this section shall be construed to prohibit the communication of a request to appear before the grand jury."

Although our courts have not been previously asked to rule on the issue at hand, the majority and better reasoned view elsewhere expressed is that such direct contact is permissible. Wayne R. LaFave & Jerold H. Israel, Criminal Procedure: Criminal Practice Series § 8.4 at 623-24 (West

the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE SEC. 5403. (Destroying, &c., public records.)
Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 2004-2010, 5506-5510.1
SEC. 5408. (Destroying record by officer in charge.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

18 USC §1512b - Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent ... an official proceeding; (2) cause or induce any person to - (a) withhold ... a document, or other object, from an official proceeding; (b) alter, destroy, mutilate, or conceal an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both.

The courts are free:  (EuREKa El Bev)
Take Mandatory Judice Notice and Cognizance ( Federal Rules of Evidence 201 (d) that "plaintiff" ie Libellant has a lawful right to proceed without cost, based upon the following law:

"A court of law adjudicates cases based on legal, not equitable, principles and rights and can

1984); 1 Wharton's Criminal Procedure § 195 at 934-35 (Torcia ed., 13th ed.1989). See also Wanda Ellen Wakefield, Annotation, Individual's Right to Present Complaint or Evidence of Criminal Offense to Grand Jury, 24 A.L.R.4th 316 (1983 and Supp.).

Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length. Judges' direct involvement in the functioning of the grand jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office. United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

"And in its day to day functioning, the grand jury generally operates without the interference of a presiding judge. It swears in its own witnesses, and deliberates in total secrecy." US Supreme Court, U.S. vs Williams (1992).

But in this country the common practice is for the grand jury to investigate any alleged crime, no matter how or by whom suggested to them. Frisbie v. United States, 157 U.S. 160, 163, 15 S.Ct. 586, 587, 39 L.Ed. 657, 658 (1895). the Court expressed the proposition in this way.

Grand juries are meant to check government. In England, they acquired an independence "free from control by the Crown or judges." Costello v. United States, 350 U.S. 359, 362 (1956).

He concluded that "the grand jurors may initiate prosecutions based on information received from persons who have no connection officially with them." Id. At 295. United States v. Smyth, 104 F.Supp. 283, 287 n. 1 (N.D.Cal.1952). Chief Judge Fee concluded that.

In fact the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people. Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. 43, 61, 26 S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906).

"Litigants have a constitutional right to have factual issues resolved by the jury"; Mather v. Griffin Hospital, 207 Conn. 125, 138, 540 A.2d 666 (1988);

If the U.S. Supreme Court acknowledged the authority of the common law Grand Jury (U.S. v. Williams), why would the state have authority to counter that opinion? The common law is superior to all statutory law, and we must only invoke it in the right way to have superior standing. We need to stop putting the common law and the Grand Juries underneath their inferior statutory laws. The people (singular AND plural) have the ultimate authority!

"In the early days of our Republic, 'prosecutor' was simply anyone who voluntarily went before

grant only legal remedies to enforce legal rights and to redress the violation of legal rights.

Plaintiff (libellant) should not be charged fees or costs for the lawful and Constitutional Right to petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v Hinkel, 201 US 43, NAACP v Button, 371 US 415); United Mineworkers v Gibbs, 383 US 715; and Johnson v Avery, 89 S.Ct. 747 (1969). Crandell v Nevada, 6 Wall 35]. Members of groups who are competent non-lawyers, can assist other members of the group, achieve the goals of the group in court without being charged with "unauthorized practice of law."

Petitioner (libellant) cannot be charged a fee as no charge can be placed upon a citizen as a condition precedent to exercise his/her Constitutional Rights, his/her rights secured by the Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a privilege under control of government." Fort Smith Gas Co. v Wisemen" 189 Ark.675 74 SW.2d 789,790, from Black's Law Dictionary 5th Ed.

The US Supreme Court has ruled that a natural person entitled to relief is "entitled to free access to its judicial tribunals and public offices in every State of the Union(2 Black 620, see also Crandell v Nevada, 6 Wall 35].

Petitioners also gives notice to the Magistrate, that the Magistrate is bound by US Supreme Court rulings please see the following. Howlett V. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court cases apply to State court cases. (Cooper v. Aaron, 358 U.S. 1) (1958)--States are bound by United States Supreme Court Case decisions.

"The Fee is the statutory creature moving within the fictional falsity as if it is presumed to be standing as the amortized obligation". Ryan v Motor Credit Company, 130 J.J. Eq. 531, 23 A.2d 607, 621.

NOTICE AND CONCLUSION IN LAW: So in closing it is clear petitioners /plaintiffs must have their funds, refunded if PLAINTIFFS have paid under Title 28 U.S.C. 1914 – (District court; filing and miscellaneous fees; rules of court) or not be charged at all, as the sovereign people are entitled to free access of the courts. Plaintiffs believe this is proper, in any form, as the people's tax dollars fund these courts. If the people are not, to have free access then the tax dollars should stop flowing, for this purpose. Because it would mean the courts, are receiving enumeration twice. Once by taxes then paid, again by the people paying for a use of the courts, when, their tax dollars had already paid. Petitioners also respectfully demands the Magistrate takes judicial notice of all herein under RULE 201 (d) which is adjudicated facts.

42 U.S. Code § 1981 - Equal rights under the law

the grand Jury with a complaint." (United States v. Sandford, Fed. Case No.16, 221 (C.Ct.D.C. 1806).

People have the unbridled right to empanel their own grand juries and present "True Bills" of indictment to a court which is then required to commence a criminal proceeding." United States v. Williams112 S.Ct. 1735504 U.S. 36118 L.Ed.2d 352 (1992).

"permitting citizens to take complaints directly to this body serves as a kind of 'safety valve' and has much to commend it." Ibid. State ex rel. Wild v. Otis, 257 N.W.2d 361 (Minn.1977), cert. denied, 434 U.S. 1003, 98 S.Ct. 707, 54 L.Ed.2d 746 (1978).

"Rooted in long centuries of Anglo-American history," Hannah v. Larche, 363 U.S. 420,490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It " 'is a constitutional fixture in its own right.' " United States v. Chanen, 549 F.2d 1306, 1312 (CA91977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54.

(stating that the grand jury "may explore an anonymous charge. [or] a rumor.") We therefore hold that the grand jury must be informed of appellant's allegations so that it may determine for itself whether an investigation is in order. re Addonizio, 53 N.J. 107, 126, 248 A.2d 531 (1968). The common law right of the jury to determine the law, as well as the facts remain unimpaired. State v Croteau 23 Vt 14, 54 AM DEC 90 (1849).

The court considered a challenge to an indictment based on the testimony of a citizen who had asked the grand jury to let him appear. Rejecting the challenge, the court said that the "witness had the undoubted right to go before the grand jury voluntarily, and disclose his knowledge of the case. As a good citizen, it was his duty to do so." Id. At 145. State v. Stewart, 14 So. 143 (La.1893).

The court held that a letter from a private citizen to the grand jury, alleging the commission of crimes and seeking investigation, was absolutely privileged and could not provide the basis for a libel suit, and it reached that result for the same reason expressed in Stewart, supra. Hott v. Yarbrough, 112 Tex. 179, 245 S.W. 676 (1922).

The court upheld the right of citizens to seek appearance before the grand jury, but required that the application be made to the supervising judge: To fulfill its functions of protecting individual citizens and the people and providing them with a forum for bringing complaints within the criminal justice system, the grand jury must be open to the public for the independent presentation of evidence before it. If the grand jury is available only to the prosecuting attorney and all complaints must pass through him, the grand jury can justifiably be described as a prosecutorial tool. State ex rel. Miller v. Smith, 168 W.Va. 745, 285 S.E.2d 500

(1981).

"The grand jury requires no authorization from its constituting court to initiate an investigation,..." 1992 Supreme Court case, U.S. vs Williams, where Justice Antonin Scalia, writing for the majority opinion, stated:

This ancient body, as a fundamental constitutional institution, must not be fettered or restricted to the degree that it is inaccessible to the citizens and people it was designed to serve and protect. We therefore hold that, by application to the circuit judge, whose duty is to insure access to the grand jury, any person may go to the grand jury to present a complaint to it. This principle of approachability lies in the foundation of the very concept of a grand jury. As with any institution, as it removes itself from the public and becomes inaccessible, it becomes more susceptible to abuse. The grand jury can maintain its accessibility and relevancy only through constant judicial vigilance. If the grand jury is to be a meaningful institution, its integrity must be maintained as an independent body, free from all outside interference and prosecutorial control or direction. This can only be insured by vigilance over the administration of justice, which is the duty of the courts. [Id. At 504-05.].

We therefore hold that the grand jury must be informed of appellant's allegations so that it may determine for itself whether an investigation is in order. re Addonizio, 53 N.J. 107, 126, 248 A.2d 531 (1968). (stating that the grand jury "may explore an anonymous charge or a rumor.").

Due Process Clause: No person shall... be deprived of life, liberty, or property, without due process of law....(Amendment V).

Sent from my iPhone

*[signature]*

I now affix my signature and official seal to all of the above WITH EXPLICIT RESERVATION OF ALL UNALIENABLE RIGHTS WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, PURSUANT TO UNIFORM COMMERCIAL CODE (UCC)1-308/1-207 AND 1-103.

Case 1:20-cv-02565-CLP Document 1 Filed 09/04/20 Page 9 of 9

Respectfully,

*Eureka El-Bey*

Eureka El-Bey:
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Texas)
ss. ACKNOWLEDGEMENT
Callahan County)

For the purpose of verification only, on the __15__ day of ~~February, 2018~~ April 2019, Eureka El-Bey:© personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me this day. Witness my hand and seal this _____ day of February, 2018.

3

_____, SEAL
NOTARY SIGNATURE

APRIL C BREWER
Notary Public, State of Texas
My Comm. Exp 02-20-2023
NOTARY ID# 13189981-9

COMMISSION EXPIRES: __2-20-23__